FILED
August 24, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002875784

BETH MAXWELL STRATTON
CHAPTER 7 TRUSTEE
Post Office Box 3930
Pinedale, CA 93650
Telephone: (559) 441-4233
Facsimile: (559) 441-4234

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

In re:

ROY EVERETT GIOVANNONI and
SANDRA ELAINE GIOVANNONI,

Debtors.

Case No. 10-16753-B-7

DC No. BMS-1

**MOTION FOR APPROVAL OF SALE OF PERSONAL PROPERTY**

Date: October 6, 2010
Time: 10:00 a.m.
Dept. B, Hon. W. Richard Lee

Beth Maxwell Stratton, Chapter 7 Trustee ("Trustee"), represents:

1. Roy Everett Giovannoni and Sandra Elaine Giovannoni, ("Debtors"), filed their Chapter 7 bankruptcy petition on June 16, 2010. Trustee is the duly appointed, qualified and acting Trustee in this case.

2. This court has jurisdiction over this motion by virtue of 28 U.S.C. section 1334 and 11 U.S.C. section 363. This is a core matter under 28 U.S.C. section 157(b)(2)(A) & (N).

3. The assets of the estate include a 2008 Honda Fit.

4. Kelley Blue Book value for the Honda Fit is $13,470.00, and the Debtors claimed that value in their Schedule B.

5. Debtors have not claimed an exemption value for the Honda Fit, and they owe approximately $2,338.00 for it.

6. Trustee has agreed to sell the non-exempt equity in the Honda Fit to the Debtors for the sum of $9,000.00, which sum Trustee has received from the Debtors.

7. Trustee believes that the above is the best price that Trustee can obtain and Trustee believes that it is in the best interest of the estate to sell the Honda Fit to the Debtors according to the terms as set forth above. Trustee believes that no price can be obtained for the vehicle which would net a greater amount to the estate.

8. There is a lien against the Honda Fit, which Debtor are paying down..

9. Trustee will not incur a tax liability as a result of the sale.

WHEREFORE, Trustee prays that she be authorized to sell the Honda Fit to the Debtors as set forth above.

Dated: August 25, 2010

_____
BETH MAXWELL STRATTON, Trustee